### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| El JALISCO MEXICAN GRILL INC. OF ALABAMA, LLC<br><br>**Plaintiff,**<br><br>v.<br><br>SYSCO CENTRAL ALABAMA, INC., SYSCO CORPORATION and FICTITIOUS DEFENDANTS "A," "B," and "C,"<br><br>**Defendants.** | **Civil Action No. 2:17-CV-505** |

### DEFENDANTS SYSCO CENTRAL ALABAMA, INC. AND SYSCO CORPORATION'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Defendants Sysco Central Alabama, Inc. and Sysco Corporation ("Sysco"), by and through counsel, respectfully moves the Court for voluntary dismissal of this cause of action.  In support of this Motion, Sysco shows the following:

1. On June 26, 2017, Plaintiff El Jalisco Mexican Grill Inc. of Alabama, LLC ("Plaintiff") filed a class action styled as *El Jalisco Mexican Grill Inc. of Alabama, LLC v. Sysco Central Alabama, Inc., and Sysco Corporation*, No. 2017-CV-900044,  in the Circuit Court of Barbour County, Alabama, Eufaula Division (the "State Court Action").  *See* Class Action Complaint, attached as **"Exhibit A."**

37538662v1

2.      On June 29, 2017, Plaintiff filed a Notice of Dismissal in the Circuit Court of Barbour County, Alabama, Eufaula Division.  *See* Notice of Dismissal, attached as **"Exhibit B."**

3.      The Circuit Court of Barbour County, Alabama, Eufaula Division, dismissed the State Court Action without prejudice.

4.      Undersigned counsel for Sysco was unaware that the State Court Action was dismissed.

5.      On July 27, 2017, Sysco filed a Notice of Removal (Doc. 1) to remove the State Court Action to this Court.

6.      On July 27, 2017, undersigned counsel became aware that the underlying State Court Action was dismissed, thereby precluding a removal to this Court.

7.      Counsel for Plaintiff does not oppose this Motion to Dismiss.

WHEREFORE, the Notice of Removal (Doc. 1) filed herein is withdrawn and Sysco respectfully requests that the matter be dismissed without prejudice.

37558662v1

Respectfully submitted, July 31, 2017.

> /s/  Melonie S. Wright
> Michael B. Beers [ASB-4992-S80M]
> Mike.Beers@butlersnow.com
> Carol T. Montgomery [ASB-1095-J18N]
> Carol.Montgomery@butlersnow.com
> Melonie S. Wright [ASB-6258-T11Y]
> Melonie.Wright@butlersnow.com
> **BUTLER SNOW LLP**
> 250 Commerce St., Suite 100
> Montgomery, Alabama  36104

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2017, I E-filed the foregoing document by using the Court's E-Portal filing system which will serve a copy on counsel of record:

Courtney Cooper Gipson
Robert G. Methvin, Jr.
Rodney E. Miller
Patrick C. Marshall
MCCALLUM, METHVIN &
TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:  (205) 939-0199
Facsimile:  (205) 939-0399
cgipson@mmlaw.net
rgm@mmlaw.net
rem@mmlaw.net
pmarshall@mmlaw.net
*Attorneys for Plaintiff*

Richard A. Harrison
Law Offices of Richard A. Harrison
104 East Broad Street
Eufaula, Alabama  36027
Telephone:  (334) 687-4824
Facsimile:  (334) 687-4826
*Attorneys for Plaintiff*

> /s       Melonie S. Wright

37538662v1